Michael Edward JONES, Petitioner—Appellant,

v.

UNITED STATES of America, Respondent—Appellee.

No. 04–7059.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2004.

Decided Oct. 14, 2004.

Michael Edward Jones, Appellant pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Edward Jones appeals the district court's order denying his 28 U.S.C. § 2241 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. United States,* No. CA–04–140–02–MU (W.D.N.C. Apr. 16, 2004). We also grant Jones' motion for in forma pauperis status. We dispense with oral argument because the facts and legal contentions are ade-

**170**

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*